[No. 9882-2-II. · Division Two. December 21, 1987.]

A. C. PASSANANTE, *Appellant,* v. THE INTERNATIONAL OF THE HOTEL AND RESTAURANT EMPLOYEES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-03847-8, Jerome M. Johnson, J., entered April 30, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Alexander, J., and Petrie, J. Pro Tem.

[No. 19569-7-I. Division One. December 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM CHESTER HOLT, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 86-1-00113-1, Walter J. Deierlein, Jr., J., entered December 5, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Williams, J. Pro Tem.

[No. 19077-6-I. Division One. December 21, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. TRINIDAD REYES, *Defendant,* ATERO SANCHEZ-VALLES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-02514-2, Shannon Wetherall, J., entered August 8, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson, J., and Cole, J. Pro Tem.